## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

JOANNA DEL CARMEN RODRIGUEZ-VALES,

Plaintiff,

v.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant.

CIVIL NO. 25-1429 (HRV)

## ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the joint motion for remand filed by the parties at Docket No. 18,

IT IS HEREBY ORDERED that the motion for remand is GRANTED, and this action is remanded to the Commissioner of Social Security for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991). Upon remand, the case shall be assigned to an administrative law judge (ALJ) who shall issue a new decision.

A separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure shall be entered.

1

**IT IS SO ORDERED.**

In San Juan, Puerto Rico this 17th day of March, 2026.

<u>S/Héctor L. Ramos-Vega</u>
HÉCTOR L. RAMOS-VEGA
UNITED STATES MAGISTRATE JUDGE